**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Case No. 12-cv-02114-WJM-MEH

KATHARINE BEEMAN,

    Plaintiff,

v.

FEDERATED CAPITAL CORPORATION, a Michigan corporation,
JULIA A. PETERSON, an individual, and
THOMAS W. DUNN, an individual

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS**

---

This matter comes before the Court on the Parties' Stipulated Motion to Dismiss filed April 10, 2013 (ECF No. 23). The Court having reviewed the Motion and being fully advised hereby ORDERS as follows:

The Parties' Stipulated Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED WITH PREJUDICE. Each party shall pay his, her or its own attorney's fees and costs.

Dated this 10th day of April, 2013.

BY THE COURT:

_____
William J. Martínez
United States District Judge